**mdurr@qfjlaw.com**

| | |
|---|---|
| **From:** | mdurr@qfjlaw.com |
| **Sent:** | Saturday, June 13, 2026 1:52 PM |
| **To:** | 'Holly Parris'; 'Matthew A. Grossman'; swmartin@carrallison.com |
| **Cc:** | 'Brad Fraser' |
| **Subject:** | RE: Costo Wholesale Corp., et al. vs. Dorin Marin Alin Pasca, et al. - Petition for Temporary Restraining Order |
| **Attachments:** | 26.06.13 Pasca - Inspection Delay & Indemnity.pdf |

Thank you. Attached is an agreement to postpone the exam.

_____

Michael A. Durr || Quist, Fitzpatrick & Jarrard PLLC
800 South Gay Street, Suite 2121 || Knoxville, TN 37929
Direct: (865) 312-0440 || Email: mdurr@qfjlaw.com
Follow me on LinkedIn

---

**From:** Holly Parris <holly.parris@leitnerfirm.com>
**Sent:** Friday, June 12, 2026 8:19 PM
**To:** Michael Durr <mdurr@qfjlaw.com>; Matthew A. Grossman <mgrossman@fmsllp.com>; swmartin@carrallison.com
**Cc:** Brad Fraser <brad.fraser@leitnerfirm.com>
**Subject:** RE: Costo Wholesale Corp., et al. vs. Dorin Marin Alin Pasca, et al. - Petition for Temporary Restraining Order

I apologize, the wrong Petition was attached to the previous email. Please replace it with the attached. Thank you.

**Holly Parris**
*Office Administrator & Paralegal*

(865) 523-0404 Main | (865) 673-0260 Fax |(865) 342-4918 Direct
900 S. Gay Street, Riverview Tower - Suite 1800 | Knoxville, TN 37902



\*\*\*\*\*\*\*\*\*\*\***NOTICE:** The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message

is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message, all logs, all history, and any other copies.

**From:** Holly Parris
**Sent:** Friday, June 12, 2026 7:30 PM
**To:** Michael Durr <mdurr@qfjlaw.com>; Matthew A. Grossman <mgrossman@fmsllp.com>; swmartin@carrallison.com
**Cc:** Brad Fraser <brad.fraser@leitnerfirm.com>
**Subject:** Costo Wholesale Corp., et al. vs. Dorin Marin Alin Pasca, et al. - Petition for Temporary Restraining Order

Counsel,

Attached is a courtesy copy of the Petition for Temporary Restraining Order being presented to Chancellor Ripley tomorrow in Grainger County. If you have any questions, please feel free to contact this office.